Case 1:22-cv-00355-RLY-TAB Document 4 Filed 02/16/23 Page 1 of 2 PageID #: 14

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Case No: 1:22-cv-00355

Plaintiff: JAMES CARPENTER

**NOTICE OF SUGGESTION OF DEATH UPON THE RECORD**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Plaintiff in the above matter informs defendants and this Honorable Court of the death of Plaintiff James Carpenter, which occurred on December 11, 2020. In accordance with Rule 25(a)(1), counsel will file a motion for substitution of plaintiff within 90 days of service of this suggestion of death, as Plaintiff's claim is not extinguished by his death.

Dated:

Respectfully submitted,

*/s/ Cynthia Garber*

Cynthia Garber
OnderLaw, LLC
833 Dover Drive, Suite 19
Newport Beach, CA 92663
T: (949) 688-1799
F: (949) 209-5884
garber@onderlaw.com

***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of October, 2026 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ Cynthia Garber*
Cynthia Garber